UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

UNITED STATES OF AMERICA

           - v. -

KEVIN PEREZ,
   a/k/a "Kay Flock,"
   a/k/a "Kay,"
   a/k/a "KK,"
DEVON MASON,
   a/k/a "BJ,"
ERVIN BEAMON,
   a/k/a "EJ,"
NICHOLAS JOHNSON,
   a/k/a "Nick,"
SEAN SMITH,
   a/k/a "Sticky," and
JOSSI CASTRO,
   a/k/a "Jesse,"

          Defendants.

**UNSEALING ORDER**

23 Cr. 99

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

Upon Application of the United States of America, by and through Assistant United States Attorney Ni Qian,

It is hereby ordered that the above-captioned Indictment, which was filed under seal on February 21, 2023, be unsealed forthwith.

SO ORDERED.

Dated:     New York, New York
          February 23, 2023

_____
HONORABLE VALRIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK