UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

KEVIN PEREZ, et al.,

            Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

23 CR 99 (LJL)

      **PLEASE TAKE NOTICE THAT** Jeffrey Einhorn, Esq., Law Offices of Jeffrey

Lichtman, 11 E. 44th Street, Suite 501, New York, New York 10017, appears on behalf of

defendant KEVIN PEREZ in the above-captioned case.

Dated:      New York, New York
             May 17, 2023

                             _____

                             **JEFFREY EINHORN, ESQ. (JE6559)**
                             **LAW OFFICES OF JEFFREY LICHTMAN**
                             11 E. 44th Street, Ste. 501
                             New York, New York 10017
                             Ph: (212) 581-1001
                             Fax: (212) 581-4999
                             einhorn@jeffreylichtman.com