## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**Plaintiff,**

v.

**KEVIN PEREZ**

**Defendant.**

**Docket No. 1:23-cr-00099**

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, John J. McMahon, Jr. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Kevin Perez in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 10, 2023

Respectfully Submitted,

John J. McMahon, Jr.

Applicant Signature:

Applicant's Name: John J. McMahon, Jr.

Firm Name: Law Offices of Jack McMahon

Address: 139 North Croskey Street

City/State/Zip: Philadelphia, PA 19103

Telephone/Fax: 215-985-4443/215-985-4416

Email: mcmahonlaw@hotmail.com