## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      **Plaintiff,**

  **v.**                          **Docket No. 1:23-cr-00099**

**KEVIN PEREZ**                  **ORDER FOR ADMISSION**
                                        **PRO HAC VICE**

      **Defendant.**

The motion of John J. McMahon, Jr., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Pennsylvania; and that his/her contact information is as follows:

Applicant's Name: John J. McMahon, Jr.

Firm Name: Law Offices of Jack McMahon

Address: 139 North Croskey Street

City/State/Zip: Philadelphia, PA 19103

Telephone/Fax: 215-985-4443/215-985-4416

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kevin Perez in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____      _____

                                              United States District/Magistrate Judge