**AFFIDAVIT**

I, <u>John J. McMahon, Jr.</u>, duly sworn according to law, depose and say:

1. I am an attorney in good standing admitted to practice in the Supreme Court of Pennsylvania.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. I am not presently nor have I ever had any disciplinary proceedings against me.


My contact information is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Jack McMahon |
| Office Address: | 139 North Croskey Street<br>Philadelphia, PA  19103 |
| Telephone: | 215-985-4443 |
| Facsimile: | 215-985-4416 |
| E-mail Address: | mcmahonlaw@hotmail.com |


John J. McMahon, Esquire

Commonwealth of Pennsylvania - Notary Seal
SYMONE MAZZOTTA, Notary Public
Philadelphia County
My Commission Expires November 25, 2023
Commission Number 1360611