

## 𝔖upreme 𝔠ourt of 𝔓ennsylvania

## CERTIFICATE OF GOOD STANDING

### *John J. McMahon Jr., Esq.*

**DATE OF ADMISSION**

*November 23, 1977*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  September 20, 2023**

Patricia A. Johnson
Chief Clerk