UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN PEREZ,<br><br>Defendant. | 23 Cr. 99 (LJL) |

## JURY VERDICT

Please indicate each of your verdicts with a check mark ( ✓ )

**Count One: Racketeering Conspiracy**

As to Count One, how do you find defendant KEVIN PEREZ?

Guilty _____          Not Guilty _____

If and only if you find defendant KEVIN PEREZ guilty of Count One, which types of racketeering acts do you find were involved in the offense?

Acts Involving Murder (Committed, Attempted, Aided and Abetted, Caused Another to Commit, Conspiracy to Commit)

Proved _____          Not Proved _____

Acts Involving Wire Fraud

Proved _____          Not Proved _____

Acts Involving Bank Fraud

Proved _____          Not Proved _____

If and only if you find defendant KEVIN PEREZ guilty of Count One, did the pattern of racketeering activity include the murder of Hwascar Hernandez?

Yes _____          No _____

**Count Two: Murder in Aid of Racketeering – Hwascar Hernandez**

As to Count Two, how do you find defendant KEVIN PEREZ?

Guilty _____          Not Guilty _____

**Count Three: Violent Crimes in Aid of Racketeering**

As to Count Three, how do you find defendant KEVIN PEREZ?

Guilty _____          Not Guilty _____

If and only if you find defendant KEVIN PEREZ guilty of Count Three, indicate whether the Government has proven the following:

Assault with a Dangerous Weapon

Proved _____          Not Proved _____

Attempted Murder

Proved _____          Not Proved _____

**Count Four: Firearms Offense**

As to Count Four, how do you find defendant KEVIN PEREZ?

Guilty _____          Not Guilty _____

If and only if you find defendant KEVIN PEREZ guilty of Count Four, was the firearm:

Brandished?

YES _____          NO _____

Discharged?

YES _____          NO _____

_____          _____
Foreperson                              Date