

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 20, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re:        *United States v. Kevin Perez,* 23 Cr. 99 (LJL)

Dear Judge Liman:

The Government respectfully submits this letter, which contains the Government's email dated March 19, 2025, at 8:51 p.m.  The Government sent the email in response to defense counsel's email regarding the Court's proposed supplemental instruction to the jury.  That proposed supplemental instruction, in turn, was in response to the jury's note, which stated: "the jury would like a definition of a 'reasonable person' as stated on page 26 of Jury Charge doc."

The Government submitted the below email to the Court and defense counsel last night:

> Apologies for the email response. We had to turn over our computer for an IT update tonight so we do not have access to our computers until tomorrow morning.
>
> We respectfully write in response to defense counsel's letter. We do not agree that the added language is "indispensable." The language in the jury instruction currently is based on the model instruction from New York and one that was agreed to by both parties during the charge conference on Monday morning. The Watson court confronted with similar jury charge did not find that the charge would have been error. The question from the jury merely asks for a definition of reasonable person. The question is not what is the definition of "circumstances", which is what defense counsel is answering. We do not believe this requested instruction is appropriate in light of the limited scope of the jury's question and the fact that the charge

already given is capacious enough that it includes all the things that counsel is now, for the first time, seeking to add.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by:  __/s/_____
     Michael Herman
     Patrick Moroney
     Ni Qian
     Assistant United States Attorneys
     212-637-2364