# Law Office of Thomas R. Ashley

### Robert Treat Center
### 50 Park Place, Suite 1400
### Newark, New Jersey 07102
### Tel: (973) 623-0501
### Fax: (973) 623-0329

June 27, 2025

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  USA v. Kevin Perez
     Criminal No. 23-99

Dear Judge Liman:

     As the Court is aware, the undersigned represents Kevin Perez in the above-referenced matter. Mr. Perez is currently scheduled to be sentenced by Your Honor on July 16, 2025. The instant correspondence serves to formally request a 90-day adjournment of the sentencing date.

     This request is being made to provide for the amount of time required for the completion of a mitigation report with respect to the defendant. Said report is being authored by a private sentencing consultant who has been approved by the United States District Court as a mitigation specialist in capital punishment cases *inter alia*. Considering the complexity of this case, the significant sentencing exposure Mr. Perez faces, and his age, it is submitted that the importance of allowing sufficient time to fully and adequately prepare for sentencing is paramount. I have conferred with the Government and they consent to this adjournment request.

     The Court's consideration is greatly appreciated and supporting documentation is available if so desired.

Respectfully submitted,

Michael T. Ashley

cc: All counsel of record