# ASHLEY LAW

## MICHAEL T. ASHLEY, ESQ.

ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400 | NEWARK, NEW JERSEY 07102
TELEPHONE 973.623.0501 FAX 973.623.0329

September 29, 2025

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
The Sentencing hearing previously set for October 16, 2025 is rescheduled to December 16, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The defense should expect no further adjournments.

9/30/2025   SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

Re: United States v. Kevin Perez
    Criminal No. 23-99

Dear Judge Liman:

    The defendant in the above-referenced matter, Kevin Perez, is represented by the undersigned. The instant correspondence serves to request an adjournment of the sentencing presently scheduled for October 16, 2025.

    My June 27, 2025 letter to this Court advised that my client was retaining a mitigation expert to support his sentencing position. Our expert firm has been working diligently, requesting records from educational institutions, correctional facilities, and medical providers which Mr. Perez has had contact. This is a critical function to ensure that Your Honor can fully and completely appreciate the history and characteristics of my client, who was only eighteen years of age at the time of his arrest. As of today's date, the requested records have not been returned making it a virtual impossibility that the mitigation report will be complete in time for the Court to consider.

    In light of the foregoing, I am requesting a 60-day adjournment of the sentencing to allow for the mitigation materials to be finalized and submitted to the Court. The Government has no objection to this request. Your Honor's thoughtful consideration is greatly appreciated. Please contact me via the information above should you require any additional information.

Respectfully submitted,

Michael T. Ashley

MTA/cy